NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JON KLEIN,                                    )
                                              )
          Appellant,                          )
                                              )
v.                                            )          Case No. 2D16-5315
                                              )
STATE OF FLORIDA,                             )
                                              )
          Appellee.                           )
                                              )
_____ )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Polk
County; Reinaldo Ojedo and Catherine L.
Combee, Judges.

Howard L. Dimmig, II, Public Defender,
and Dan Hallenberg, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.